UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In Re:

**THE WOODCREST CLUB, INC.,**

CHAPTER 11

Case No: 8-09-79481-dte

Debtors.
------------------------------------------------------------------------x

## APPOINTMENT OF THE OFFICIAL COMMITTEE
## OF UNSECURED CREDITORS

Under 11 U.S.C. section 1102(a)(1), the following creditors of the above captioned debtor, being among the largest unsecured claimants and who are willing to serve, are appointed to the Official Committee of Unsecured Creditors:

1. Green Tree Packing
   65 Central Avenue
   Post Office Box 386
   Passaic, NJ 07055
   Contact: Michele Bochicco, Credit Manager

2. Dairyland USA Corp.
   c/o Cliff Katz, Esq.
   Platzer, Swergold, Karlin, Levine, Goldberg, Jaslow LLP
   1065 Avenue of the Americas
   New York, New York 10018

3. Main Street Wholesale Meats
   210 Main Street
   Farmingdale, New York 11735
   Contact: Kent Seelig, President


Dated: Central Islip, New York
       January 20, 2010

*/s/ Christine H. Black*
Christine H. Black
Assistant United States Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In Re:

**THE WOODCREST CLUB, INC.,**

Debtors.
------------------------------------------------------------------------x

CHAPTER 11

Case No: 8-09-79481-dte

**CERTIFICATE OF SERVICE
BY FIRST CLASS MAIL**

I, Mona Mazile, certify that I am an employee of the Office of the United States Trustee, am not a party to the action, over the age of 18 and reside in Suffolk County, New York. On January 20, 2010, I served the within **THE UNITED STATES TRUSTEE'S APPOINTMENT OF AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS** by depositing a copy of the same into the custody and control of the U.S. Mail in the State of New York, with proper postage affixed for first class mail delivery, addressed to each of the following persons set forth on the annexed service list.

Dated:  Central Islip, New York
         January 20, 2010                           */s/ Mona Mazile*

## Service List

SilvermanAcampora, LLP
Attorneys for the Debtor
100 Jericho Quadrangle
Jericho, New York 11753

Michael Moskowitz, Esq.
Weltman & Moskowitz, LLP
270 Madison Avenue
New York, New York 10016


White and Williams, LLP
One Penn Plaza, Suite 4110
New York, New York 10119
Attn: Randy M. Friedberg, Esq.
Email: friedbergr@whiteandwilliams.com
Karel S. Karpe, Esq.
Email: karpek@whiteand williams.com

Telephone (212) 244-9500
Facsimile (212) 244-6200

White and Williams, LLP
1650 Market Street, Suite 1800
Philadelphia, PA. 19103
Attn: Robert A. Kargen, Esq.
Email: kargenr@whiteandwilliams.com

Telephone (215) 864-7000
Fax 215 864-7123
Josh Russell, Esq., District Tax Attorney
State of New York Department of Taxation and Finance
400 Oak Street, Suite 102
Garden City, New York 11530
(516) 542-6061 (Telephone)

Howard B. Kleinberg, Esq.
Jill Mazer-Marino, Esq.
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Post Office Box 9194
Garden City, New York 11530-9194

Counsel for JB Holdings, Inc., Legac Capital Management, Inc., and John Bennardo