Silverman Acampora LLP 11-3489052
Attorneys for The Woodcrest Club, Inc.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Gerard R. Luckman, Esq.
Robert Nosek, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
AT CENTRAL ISLIP
-----------------------------------------------------------x
In re:

THE WOODCREST CLUB, INC.,

                             Debtor.
-----------------------------------------------------------x

Chapter 11

Case No.:  09-79481 (DTE)

**DECLARATION IN SUPPORT OF SUBMISSION OF AN ORDER AMENDING PRIOR SALE PROCEDURES ORDER AND APPROVING AMENDED SALE PROCEDURES, INCLUDING APPROVAL OF A STALKING HORSE CONTRACT IN CONNECTION WITH THE DEBTOR'S PROPOSED SALE OF ITS REAL ESTATE, SUBJECT TO HIGHER AND BETTER OFFERS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES**

    I, **Gerard R. Luckman**, declare as follows:

    1.    I am a member of Silverman Acampora LLP, the duly retained counsel to The Woodcrest Club, Inc., the debtor and debtor in possession (the "Debtor"), and am an attorney duly admitted to practice in the Courts of New York as well as the United States District Courts of the Eastern and Southern Districts of New York.

    2.    This Declaration is made in support of the Debtor's submission of an Order amending this Court's previously entered order, dated April 14, 2010 (the "Sale Procedures Order") (Docket No. 123), approving the Debtor's procedures for the sale of its real property.

    3.    I previously e-mailed copies of the proposed Amended Terms and Conditions of Sale of Real Property and the form of the Agreement of Sale between the Debtor and Jackson Development Group Ltd. to: (a) Christine Black, Esq., Assistant U.S. Trustee, Office of the United States Trustee; (b) Matthew Levine, Esq., Alston & Bird LLP, counsel to Time Insurance Company; (c) Michael L. Moskowitz, Weltman & Moskowitz, LLP, counsel to the Unofficial Committee of Class A Equity; (d) Clifford Katz, Esq., Platzer Swergold Karlin Levine Goldberg,

counsel to the Official Committee of Unsecured Creditors; and (e) Howard B. Kleinberg, Esq., Meyer, Suozzi, English & Klein, P.C., counsel to J.B. Holdings, Inc.  Each of the foregoing has advised me, either verbally or in writing, that their respective clients consent to the changes in the proposed Amended Terms and Conditions of Sale and the form of the Agreement of Sale, as proposed.

**WHEREFORE**, the Debtor requests entry of an order amending the Sale Procedures Order and approving the Amended Terms and Conditions of Sale of Real Property, and the form of the Asset Purchase Agreement.

Dated: May 4, 2010
      Jericho, New York

Executed in Jericho, New York on May 4, 2010.

                                        *s/Gerard R. Luckman*
                                        Gerard R. Luckman